**Opinion issued October 21, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00413-CV

———————————

## IN RE WILLOWBROOK MALL (TX), LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

Relator, Willowbrook Mall (TX), LLC, has filed a petition for writ of mandamus, challenging the trial court's order requiring relator to produce documents requested by real party in interest, the Harris County Appraisal District.[1]

---

[1] The underlying case is *Willowbrook Mall (TX) LLC v. Harris County Appraisal District*, Cause No. 2013-49294, in the 215th District Court of Harris County, Texas, the Honorable Elaine H. Palmer presiding.

We deny the petition. We vacate this Court's order, issued on May 21, 2014, staying the trial court's April 7, 2014 order in cause number 2013-49294. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.